UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KITO JOSEPH )
        Plaintiff, )
         )
v. ) **JUDGMENT**
         )
         ) No: 5:20-CV-381-FL
         )
KILOLO KIJAKAZI, )
*Acting Commissioner of Social Security*, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which objections were not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 22, 2021, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on December 22, 2021, and Copies To:**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)


December 22, 2021                        PETER A. MOORE, JR. CLERK

                                                 /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk