IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00381-FL

| | |
|---|---|
| KITO JOSEPH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR PAYMENT OF |
| ) | ATTORNEY FEES, COSTS AND |
| ) | EXPENSES UNDER THE |
| KILOLO KIJAKAZI, ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $9,021.15 ($9,000.00 in attorney's fees plus $21.15 in expenses), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte of Martin, Jones and Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Ste. 390, Charlotte, NC 28217, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 29th day of March, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge