UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KITO JOSEPH )<br>        Plaintiff, )<br> )<br>v. )<br> )<br> )<br>KILOLO KIJAKAZI, Commissioner of )<br>Social Security, )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 5:20-CV-381-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 29, 2022, it is ordered that defendant pay to plaintiff $9,000.00 in attorney's fees and $21.15 in expenses, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $400.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on March 29, 2022, and Copies To:**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

March 29, 2022                      PETER A. MOORE, JR., CLERK

                                             /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk